# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Christopher K. Sarago  
      Lori M. Sarago aka Lori J. McGill-Sarago  
                      Debtor(s)

BK NO. 21-01988 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Matrix Financial Services Corporation and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ Michael Farrington  
                                      Michael Farrington  
                                      15 Dec 2023, 13:28:12, EST

                                      KML Law Group, P.C.  
                                      BNY Mellon Independence Center  
                                      701 Market Street, Suite 5000  
                                      Philadelphia, PA  19106  
                                      215-627-1322

Document ID: 45b81b7b2624f5903a58bb875c18c1b4140e818fb1bac1e1784c635a34c19f49