United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-01988-HWV |
| Christopher K. Sarago | Chapter 13 |
| Lori M. Sarago | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 03, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5585398 | ^ MEBN | Oct 03 2024 18:35:33 | Matrix Financial Services Corporation, RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road Fort Mill, SC 29715, Matrix Financial Services Corporation, RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road Fort Mill, SC 29715 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2024        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James K Jones | |

| | |
|---|---|
| | on behalf of Debtor 2 Lori M. Sarago jkjones@mette.com rkvansteenacker@mette.com |
| James K Jones | |
| | on behalf of Debtor 1 Christopher K. Sarago jkjones@mette.com rkvansteenacker@mette.com |
| Jill Manuel-Coughlin | |
| | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bankruptcy@powerskirn.com |
| Karina Velter | |
| | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. karina.velter@powerskirn.com brausch@pincuslaw.com |
| Sherri Smith | |
| | on behalf of Creditor TH MSR Holding LLC c/o RoundPoint Mortgage Servicing LLC ssmith@pincuslaw.com amautz@pincuslaw.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:21-bk-01988-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher K. Sarago
1813 Stoneford Lane
Palmyra PA 17078

Lori M. Sarago
1813 Stoneford Lane
Palmyra PA 17078

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/02/2024.

Name and Address of Alleged Transferor(s):

Claim No. 4: Matrix Financial Services Corporation, RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road Fort Mill, SC 29715, Matrix Financial Services Corporation, RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road Fort Mill, SC 29715

Name and Address of Transferee:

TH MSR Holdings LLC
c/o RoundPoint Mortgage Servicing LLC
446 Wrenplace Road
Fort Mill, SC 29715
TH MSR Holdings LLC
c/o RoundPoint Mortgage Servicing LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/05/24

Terrence S. Miller
**CLERK OF THE COURT**