

06531-PAM-DE-040948182

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 7, 2026</u>, at <u>8:05</u> o'clock <u>AM CDT</u>, <u>Lori M Sarago</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>May 7, 2026</u>          By:      <u>/s/Sharon Schroeder</u>

                              Name:   <u>Sharon Schroeder</u>

                              Title:    <u>Certified Credit Counselor</u>