**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHRISTOPHER K SARAGO | : | |
| | : | CASE NO. 1:21-bk-01988 |
| LORI M SARAGO | : | |
| | : | |
| Debtors | : | |

**SUMMARY COVER SHEET**
**FEES AND EXPENSES APPLICATION**

a.  The Debtors were originally represented by Mette, Evans & Woodside. After that firm no longer employed a bankruptcy attorney, the undersigned agreed to assume representation of the Debtors and monitor the remainder of their case. The undersigned entered her appearance on January 24, 2025.

b.  Your applicant represents Christopher K Sarago and Lori M Sarago.

c.  This application is a final application.

d.  The total amount of compensation for which reimbursement is sought is $890.00 and is for the period from January 24, 2025 to July 27, 2026.

e.  The total amount of expenses for which reimbursement is sought is $0.

f.  The dates and amounts of any retainer received are: N/A.

g.  The dates and amounts of withdrawals from the retainer by the Applicant areL N/A.

h.  The dates and amounts of previous compensation allowed are:  N/A.

i.  The dates and amounts of previous compensation paid are: N/A.

j.  There are no objections to prior fee applications of Applicant that have not been ruled upon by the Court in this bankruptcy case.

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
kara.gendron@mottgendronlaw.com

Date:   **July 27, 2026**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **CHRISTOPHER K SARAGO** | : | |
| | : | **CASE NO. 1:21-bk-01988** |
| **LORI M SARAGO** | : | |
| | : | |
| **Debtors** | : | |

## APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

COMES NOW Kara K. Gendron, Esquire, counsel for the Debtors, and applies to the Court for approval of compensation as follows:

1. Applicant is counsel for Debtor(s).

2. The Debtor(s) filed a voluntary Chapter 13 petition on 9/13/2021.

3. This Application is a final application.

4. (Check all applicable items)

    ☒ a. Debtor(s)' Chapter 13 Plan was confirmed on January 12, 2022.

    ☐ b. The order approving the last post-confirmation modification of Debtor(s)' confirmed Chapter 13 plan was entered on (date).

    ☐ c. Debtor(s) have not confirmed a Plan.

5. The dates and amounts of previous compensation paid are:

    a. as a retainer (list dates and amounts); N/A.

    b. paid by the Chapter 13 Trustee through a confirmed Plan (list dates and amounts); N/A.

    c. other (describe source, amount and date paid). N/A.

6. Compensation previously approved by the Court following the filing of an interim Application are: (dates and amounts). N/A.

7. Legal services were provided by all professionals at the hourly rates set forth at the beginning of the chronological listing of services provided on Exhibit "B."

11. (Check one)

☐ Debtor(s) have reviewed this Application prior to its filing and have approved the requested amounts.

☐ Debtor(s) have reviewed this Application prior to its filing and have not approved the requested amounts.

☒ Debtor(s) have not reviewed this Application prior to its filing.

☐ Debtor(s) have not approved the requested amounts.

12. Objections are pending to the following prior fee applications: (list date application was filed and name of objector, if no objections pending state "none"). None

WHEREFORE, your Applicant respectfully requests this Honorable Court to approve the requested compensation in the amount of $890.00 pursuant to 11 U.S.C. § 330, and if this is a Final Fee Application, to determine that all prior interim orders are final.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
kara.gendron@mottgendronlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                    :      **CHAPTER 13**

**CHRISTOPHER K SARAGO**     :

                      :      **CASE NO. 1:21-bk-01988**

**LORI M SARAGO**           :

                      :

       **Debtor(s)**         :

The names and hourly rates of all applicants, professionals and para-professionals who billed for time in this matter are as follows:

| | |
|---|---|
| Dorothy L. Mott, Attorney | $400.00 per hour |
| Kara K. Gendron, Attorney | $400.00 per hour |
| Stevon Barnett, Paralegal | $150.00 per hour |
| Sittal Neupane, Paralegal | $150.00 per hour |
| Daniella Higgins, Paralegal | $150.00 per hour |

Applicant avers that said rate is fair in view of Applicant's experience in the area of Bankruptcy Law.

**EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHRISTOPHER K SARAGO | : | |
| | : | CASE NO. 1:21-bk-01988 |
| LORI M SARAGO | : | |
| | : | |
| Debtors | : | |

## ORDER

UPON CONSIDERATION of the Final Application of Kara K. Gendron, Esquire, counsel for the Debtors, for compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330, it is hereby

ORDERED that the Application is GRANTED; and it is further

ORDERED that Applicant is allowed compensation in the amount of $890.00 and reimbursement of expenses in the amount of $0.00 for services rendered from January 24, 2025, through July 27, 2026, as an administrative expense pursuant to 11 U.S.C. § 503(b)(2), payable through the Debtors' Chapter 13 plan; and it is further

ORDERED that all prior interim awards of compensation and reimbursement of expenses are final.

**Mott & Gendron Law**
125 State Street
Harrisburg, PA 17101
https://www.mottgendronlaw.com

Phone: (717) 232-6650      Fax: (717) 232-0477
**S T A T E M E N T**
July 27, 2026

**Christopher K Sarago**
**Lori M Sarago**
1813 Stoneford Lane
Palmyra, PA 17078

| **Client ID:** 8013 | **Account Description:** Chapter 13/Trustee Receipts | **Page 1** |
|---|---|---|
| **Acct** 1 | **Balance:** $890.00 | |

Statement Period: All Dates

**TRANSACTION SUMMARY**

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|
| 7/27/2026 | Hourly Bill Posting<br>Period: 07/27/2026 | $890.00 | $0.00 | C | $890.00 |

| Date | Timekeeper | Hours | Rate* | Charge* |
|---|---|---|---|---|
| 1/24/2025 | Kara K. Gendron | 0.20 | $400.00 | $80.00 |
| | Drafting Entry of Appearance of Kara K. Gendron and Withdrawal of Appearance of James K. Jones | | | |
| 1/24/2025 | Kara K. Gendron | 0.70 | $400.00 | $280.00 |
| | Reviewing docket, petition, and plan to determine case status and debtors' options. | | | |
| 8/27/2025 | Kara K. Gendron | 0.20 | $400.00 | $80.00 |
| | Reviewing  Notice of Mortgage Payment Change Rule 3002.1 (Claim # 4) Filed by Michael J Clark of Pincus Law Group PLLC on behalf of TH MSR Holding LLC c/o RoundPoint Mortgage Servicing LLC | | | |
| 10/6/2025 | Stevon Barnett | 0.20 | $150.00 | $30.00 |
| | Drafting email to client re mortgage payment | | | |
| 2/3/2026 | Sittal Neupane | 0.20 | $150.00 | $30.00 |
| | Email Pincus Law re mortgage payment issues | | | |
| 5/7/2026 | Stevon Barnett | 0.20 | $150.00 | $30.00 |
| | Received, reviewed debtor education certificates | | | |
| 5/11/2026 | Kara K. Gendron | 0.30 | $400.00 | $120.00 |
| | Emails to/from client re plan status; Reviewing trustee payment records. | | | |
| 7/27/2026 | Kara K. Gendron | 0.30 | $400.00 | $120.00 |
| | emails to/from client re bankruptcy status, LLC issues, etc. | | | |
| 7/27/2026 | Kara K. Gendron | 0.30 | $400.00 | $120.00 |
| | Drafting fee application | | | |
| | **Total Hours:** | **2.60** | | |

**Mott & Gendron Law**
125 State Street
Harrisburg, PA 17101
https://www.mottgendronlaw.com

Phone: (717) 232-6650      Fax: (717) 232-0477
**S T A T E M E N T**
July 27, 2026

**Christopher K Sarago**
**Lori M Sarago**
1813 Stoneford Lane
Palmyra, PA 17078

| Client ID: | 8013 | Account Description: | Chapter 13/Trustee Receipts | Page 2 |
|---|---|---|---|---|
| Acct | 1 | Balance: | $890.00 | |

Statement Period: All Dates

### TRANSACTION SUMMARY (CONTINUED)

| Date | Description | Charges | Credits | Type* | Balance |
|---|---|---|---|---|---|

*C = Charge, P or X = Payment, A or W = Adjustment, B = Balances Forwarded, Y = Transfer to Trust Account, N/C = No Charge

|  |  | **Balance:** | **$890.00** |
|---|---|---|---|

**Comments:**